UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AUGUSTUS WILLIAMS

              Case No. 3:05-cv-349

    Petitioner,

              District Judge Thomas M. Rose
-v-             Chief Magistrate Judge Michael R. Merz

TIM BRUNSMAN, Warden

    Respondent.

**ENTRY AND ORDER OVERRULING WILLIAMS' OBJECTIONS (Doc. #21 and 25) TO THE MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS; ADOPTING THE MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS (Doc. #19 and 22) IN THEIR ENTIRETY AND TERMINATING THIS CASE**

   This matter comes before the Court pursuant to Petitioner Augustus Williams' ("Williams") Objections to Chief Magistrate Judge Michael R. Merz's Reports and Recommendations. Chief Magistrate Judge Merz's initial Report and Recommendations was issued on January 22, 2008. (Doc. #19.) Williams filed his Objections to this initial Report and Recommendations on February 11, 2008. (Doc. #21.) Chief Magistrate Merz then issued a second Report and Recommendations on February 14, 2008. (Doc. #22.) On March 21, 2008, Williams objected to this Report and Recommendations as well. (Doc. #25.)

   The Warden has not responded to either of Williams' Objections. Williams' Objections are, therefore, ripe for decision.

   As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that neither of Williams' Objections to the Chief Magistrate Judge's Reports and Recommendations are well-taken, and they are hereby OVERRULED. Both of the Chief

Magistrate Judge's Reports and Recommendations are adopted in their entirety.

Williams' Petition for a Writ of Habeas Corpus is DISMISSED WITH PREJUDICE as barred by the statute of limitations and Williams is denied leave to appeal *in forma pauperis* and is denied any requested certificate of appealability. The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Twelfth day of May, 2008.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record